UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-23138-CIV-MORENO**

PAUL B. HARRISON,

    Plaintiff,

vs.

OCEAN BANK, a Florida banking corporation, and FEDERAL DEPOSIT INSURANCE CORPORATION,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND DENYING UNOPPOSED MOTION TO STRIKE EXHIBIT C

THIS CAUSE came before the Court upon Defendant FDIC's Motion for Protective Order **(D.E. No. 22)**, filed on **April 1, 2011** and Plaintiff's Unopposed Motion to Strike from Public Record Exhibit C **(D.E. No. 24)** filed on **April 14, 2011**.

THE COURT has considered the motions, response, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion for protective order is GRANTED. This action seeks review of the FDIC's determination that a proposed settlement payment constituted a "golden parachute" pursuant to FDIC regulations. The Court agrees that no discovery is required and is reviewable on the record available to the Plaintiff, which will be the record provided to the Court. If the record is missing certain determinative documents and does not support the agency determination, or if the agency has not considered all relevant factors, or if the Court cannot evaluate the challenged agency action on the basis of the record provided, the Court will remand to the FDIC for an additional

investigation or explanation. This Court is not charged with a *de novo* review. *Peach v. U.S. Army Corps. of Engineers*, 87 F.3d 1242, 1246 (11th Cir. 1996). It is also

ADJUDGED that the motion to strike is DENIED as the document is already filed in the Court record.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of April, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record